# THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:12-cv-000204-MR

| | |
|---|---|
| GLEN J. LYSACK,           ) | |
|            ) | |
|        **Plaintiff,**      ) | |
|            ) | |
|      **vs.**            ) | **O R D E R** |
|            ) | |
|            ) | |
| **SUNTRUST BANK and APRIL**    ) | |
| **KISSELBURG DAVIS,**       ) | |
|            ) | |
|        **Defendants.**     ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendants' Motion to Dismiss [Doc. 7].

The facts, legal issues, and causes of action asserted by the parties in the present matter are substantially similar to those in the case of Barnard, et al. v. SunTrust Bank, et al., No. 1:11-cv-00289-MR (W.D.N.C.), and the same attorneys appear on behalf of the parties in each of these actions. Even though these cases have not been consolidated, and were in fact previously severed [see Civil Case No. 1:11-cv-00289-MR, Doc. 27], the Order of this Court previously entered in Barnard addresses and disposes of all of the issues raised by the motion currently before the Court

in this matter.  The Order in <u>Barnard</u>, therefore, is incorporated herein, and the current motion will be disposed of in accord therewith.

As the Plaintiff has taken a voluntary dismissal of their action against Defendant April Kisselburg Davis, the motion to dismiss will be denied as moot with respect to that Defendant.

**O R D E R**

**IT IS, THEREFORE ORDERED** that the Motion to Dismiss [Doc. 7] is **GRANTED IN PART** and **DENIED IN PART**. Specifically, with respect to the Plaintiff's claim against SunTrust Bank for negligent misrepresentation, the Motion to Dismiss [Doc. 7] is **GRANTED** and this claim is **DISMISSED**. In all other respects, the Motion to Dismiss [Doc. 7] is **DENIED**.

**IT IS SO ORDERED.**    Signed: September 30, 2013

Martin Reidinger
United States District Judge